UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS ET AL.,
                     Plaintiffs,         22-cv-297 (JGK)

      - against -                        ORDER

ANTHEM SPORTS, LLC,
                     Defendant.

---

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendant on February 15, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was March 8, 2022.

    The time to respond to the complaint is extended to **March 30, 2022.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of service by **March 22, 2022.**

SO ORDERED.
Dated:    New York, New York
           March 15, 2022

                                                John G. Koeltl
                                     United States District Judge