UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS, ET AL.,

        Plaintiffs,

- against -

ANTHEM SPORTS, LLC,

        Defendant.

22-cv-297 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2022.

SO ORDERED.

Dated:    New York, New York
          March 31, 2022

                                      John G. Koeltl
                                United States District Judge