```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

YENSY CONTRERAS ET AL.,
                        Plaintiffs,           22-cv-297 (JGK)

        - against -                           ORDER

ANTHEM SPORTS, LLC,
                        Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

   The conference scheduled for May 3, 2022 is canceled.

SO ORDERED.
Dated:   New York, New York
         April 28, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge